UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Eastern Division

TERENCE YOSHIDA,

                              Plaintiff,

v.

DELTA AIR LINES, INC.,

                              Defendant.

CIVIL ACTION
NO: 05-10509-NMG

### DEFENDANT'S CERTIFICATION PURSUANT TO LR 16.1

The undersigned and counsel for the defendant, hereby certify that they have conferred regarding the following:  (a) with a view to establishing a budget for the costs of conducting the litigation in this matter through trial, as well as the costs of conducting the litigation through alternative courses such as alternative dispute resolution; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Counsel for the Defendant,

/s/ Peter Ainsworth_____
Peter J. Ainsworth, BBO No. 658704
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza - Suite 600
Boston, MA  02108
(617) 523-8300

Delta Air Lines, Inc.
By:

/s/ Michael Hickey_____
Michael G. Hickey
Manager - Passenger Claims

### CERTIFICATE OF SERVICE

I, Peter J. Ainsworth, hereby certify that on the 27th day of April, 2005, I gave notice of the foregoing Certification Pursuant to Local Rule 16.1 by mailing an exact copy thereof, postage prepaid, to all counsel of record.

/s/ Peter Ainsworth_____
Peter J. Ainsworth

@PFDesktop\::ODMA/MHODMA/IMANAGE;BOSLIB;105581;1