UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Eastern Division

TERENCE YOSHIDA,

                          Plaintiff,

v.                                                    CIVIL ACTION
                                                      NO: 05-10509-NMG
DELTA AIR LINES, INC.,

                          Defendant.

## LOCAL RULE 16.1 JOINT STATEMENT OF THE PARTIES

Pursuant to Local Rule 16.1(D) and this Court's order dated March 24, 2005, the parties

to this action, plaintiff Terence Yoshida and defendant Delta Air Lines, Inc., hereby submit this

joint statement to the Court.

## (1) PROPOSED JOINT DISCOVERY PLAN

The parties have completed their respective initial automatic disclosures pursuant to Fed.

R. Civ. P. 26, Local Rule 16.1 and Local Rule 35.1.  The parties are agreeable to the following

discovery plan and, at this point, do not reasonably foresee that more than ten (10) depositions

might be required in this matter.

**(A)**    **Proposed Joint Discovery Plan.**

| | |
|---|---|
| July 31, 2005 | Initial answers and/or responses to written discovery (e.g., interrogatories, document requests, requests for admissions, etc.) completed; |
| September 30, 2005 | Independent medical examination of the plaintiff completed; |
| October 30, 2005 | Factual discovery completed; |
| November 30, 2005 | Parties' decision on early referral to mediation, trial by magistrate or  possible request for Case Management Conference made; |
| February 30, 2006 | Plaintiffs' expert disclosures, if any, completed; |

March 30, 2006          Defendant's expert disclosures, if any, completed;

April 30, 2006          Further opportunity to consider mediation, trial by magistrate or
                        possible request for Case Management Conference made;

May 30, 2006            Remaining expert discovery, if any, completed; and

June 30, 2006           Case ready for pre-trial conference.

**(B)**     **Proposed Motion Schedule.**

October 30, 2005        Motions to amend pleadings, if any, to be filed; and

May 30, 2006            Dispositive motions, if any, to be filed.

## (2)  CERTIFICATIONS REQUIRED BY LOCAL RULE 16.1(D)(3).

Counsel for the plaintiffs have conferred with their clients as required by the Notice of Scheduling Conference and have attached plaintiffs' certification to this Joint Statement as **Attachment A**.  Counsel for the defendant has conferred with its clients as required by the Notice of Scheduling Conference and have attached defendant's certification to this Joint Statement as **Attachment B**.

## (3)  TRIAL BY MAGISTRATE

The parties are willing to consider whether this case is appropriate for trial by magistrate as the case progresses, but believe it would be premature to make that decision at this juncture and so request the right to reserve their decision on this issue as indicted in their joint discovery plan above.

| | |
|---|---|
| THE PLAINTIFF, | THE DEFENDANT, |
| Terence Yoshida, | Delta Air Lines, Inc., |
| . | |
| By his attorney, | By its attorneys |
| | |
| /s/ Jeffrey C. Lavey | /s/ Peter J. Ainsworth |
| Jeffrey C. Lavey, Esq., B.B.O. No. 556479 | Peter J. Ainsworth, B.B.O. No. 658704 |
| 623 Main Street | Meehan, Boyle, Black & Fitzgerald, P.C. |
| Woburn, MA 01801 | Two Center Plaza, Suite 600 |
| | Boston, MA 02108 |

## CERTIFICATE OF SERVICE

I, Peter J. Ainsworth, hereby certify that on April 28, 2005, I served the foregoing Local Rule 16.1 Joint Statement of the Parties by mailing an exact copy thereof, postage prepaid to all counsel of record as set forth above.

/s/ Peter J. Ainsworth
Peter J. Ainsworth

DISTRICT OF MASSACHUSETTS

TERENCE YOSHIDA,  )
               Plaintiff,  )
                    )
                    ) CIVIL ACTION NO. : 05-10509-NMG
                    )
                    )
DELTA AIR LINES, INC.,  )
             Defendant.  )
                    )

## CERTIFICATION OF PLAINTIFF

      We, the undersigned, Jeffrey C. Lavey, Esq., counsel for plaintiff , Terence Yoshida and the plaintiff, Terence Yoshida, hereby affirm that we have conferred with a view to establishing a budget for the cost of conducting the full course – and various alternative courses including mediation -- for the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.


_____
Terence Yoshida

_____
Jeffrey C. Lavey, Esq.
BBO# 556479
623 Main Street
Woburn, MA 01801
(781)838-1400


DATED: April 25, 2005

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Eastern Division

TERENCE YOSHIDA,

                           Plaintiff,

v.

DELTA AIR LINES, INC.,

                           Defendant.

CIVIL ACTION
NO: 05-10509-NMG

## DEFENDANT'S CERTIFICATION PURSUANT TO LR 16.1

      The undersigned and counsel for the defendant, hereby certify that they have conferred regarding the following:  (a) with a view to establishing a budget for the costs of conducting the litigation in this matter through trial, as well as the costs of conducting the litigation through alternative courses such as alternative dispute resolution; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                            Counsel for the Defendant,

                                          /s/ Peter Ainsworth
                                          Peter J. Ainsworth, BBO No. 658704
                                          Meehan, Boyle, Black & Fitzgerald, P.C.
                                          Two Center Plaza - Suite 600
                                          Boston, MA  02108
                                          (617) 523-8300

Delta Air Lines, Inc.
By:

/s/ Michael Hickey
Michael G. Hickey
Manager - Passenger Claims

## CERTIFICATE OF SERVICE

      I, Peter J. Ainsworth, hereby certify that on the 27th day of April, 2005, I gave notice of the foregoing Certification Pursuant to Local Rule 16.1 by mailing an exact copy thereof, postage prepaid, to all counsel of record.

                                          /s/ Peter Ainsworth
                                          Peter J. Ainsworth