UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Eastern Division

| | |
|---|---|
| TERENCE YOSHIDA,<br><br>                    Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>                    Defendant. | CIVIL ACTION<br>NO: 05-10509-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties hereby stipulate that the Complaint against Delta Air Lines, Inc. is hereby dismissed with prejudice and without costs in accordance with Federal Rule of Civil Procedure 41(a), and that any and all rights of appeal are hereby waived.

| THE PLAINTIFF,<br>Terence Yoshida, | THE DEFENDANT,<br>Delta Air Lines, Inc., |
|---|---|
| By his attorney,<br><br>_____<br>Jeffrey C. Lavey, Esq., B.B.O. No. 556479<br>623 Main Street<br>Woburn, MA 01801 | By its attorneys<br><br>_____<br>Peter J. Ainsworth, B.B.O. No. 658704<br>Meehan, Boyle, Black & Fitzgerald, P.C.<br>Two Center Plaza, Suite 600<br>Boston, MA 02108 |

## CERTIFICATE OF SERVICE

I, Peter J. Ainsworth, hereby certify that on May 18, 2005, I served the foregoing Stipulation of Dismissal with Prejudice by mailing an exact copy thereof, postage prepaid to all counsel of record as set forth above.

_____
Peter J. Ainsworth